IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIMOTHY J. CARPENTER                                                    PLAINTIFF

VS.                          CASE NO. 3:04CV00392 HLJ

LARRY MILLS, Sheriff of
Poinsett County, et al.                                                 DEFENDANTS

## ORDER

The Plaintiff has filed a motion to dismiss this case (DE #27).  The motion is hereby

granted.

IT IS, THEREFORE, ORDERED that this case be, and it is hereby dismissed.

SO ORDERED this 2nd day of August, 2005.


_Henry L. Jones, Jr._
_____
UNITED STATES MAGISTRATE JUDGE