IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIMOTHY J. CARPENTER                                              PLAINTIFF

VS.                   CASE NO. 3:04CV00392

LARRY MILLS, Sheriff of
Poinsett County, et al.                                                DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this case be, and it is hereby dismissed.

SO ADJUDGED this 2nd day of August, 2005.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE